UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| vs.   § | Case Number: 3:20-CR-216(6)-X |
| § | |
| JOHN MARK PATTERSON   § | |
| *Defendant* | |

## WAIVER OF PERSONAL APPEARANCE AT ARRAIGNMENT
## AND ENTRY OF PLEA OF NOT GUILTY

NOW COMES JOHN MARK PATTERSON, Defendant in the above-referenced case who, along with his attorney, hereby acknowledges the following:

1) Defendant has received a copy of the indictment in this case, filed May 13, 2020. Defendant understands the nature and substance of the charges contained therein, the maximum penalties applicable thereto, and his Constitutional rights, after being advised of all the above by his attorney.

2) Defendant understands he has the right to appear personally with his attorney before a Judge for arraignment in open Court on this accusation. Defendant further understands that, absent the present waiver, he will be so arraigned in open Court.

3) Pursuant to Federal Rules of Criminal procedure 10(b)(3), Defendant requests the Court to accept the waiver of arraignment.

Defendant, having conferred with his attorney in this regard, hereby waives personal appearance with his attorney at the arraignment of this case and the reading of the indictment, and, by this instrument, tenders his plea of "not guilty" to the charges. The defendant understands that entry by the Court of said plea for defendant will conclude the arraignment in this case for all purposes.

_7/1/2020_____         _John M. Patterson_____
Date                             Defendant

                                 _____
                                 Attorney for Defendant